UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-00942-SEB-DML |
| | ) | |
| v. | ) | Judge Sarah Evans Barker |
| | ) | |
| EQUITY PROPERTY | ) | Magistrate |
| MANAGEMENT, LLC, | ) | Judge Debra McVicker Lynch |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant Equity Property Management, L.L.C. ("EPM"), by its attorney, Christopher D. Oakes, submits the following lists of witnesses and exhibits that EPM may rely upon at the trial of this matter, other than witnesses and exhibits that will be used solely for purposes of impeachment or rebuttal.

### PRELIMINARY WITNESS LIST:

1. David Dobbs;
2. Kristi Alexander;
3. Melissa Barrett
4. Tim Ricketts;
5. Ryan Benson;
6. Eugene Parker;
7. Kevin J. Donohoe;
8. Chris Vernon;
9. Jonathan Allison;

10. Edward Civils;

11. Stacy Thompson;

12. John H. Cox;

13. Isabel Guerra;

14. Hollie Blankenship, a/k/a Hollie Bates, a/k/a Hollie Bates Dobbs;

15. All witnesses listed on any witness list submitted by Plaintiff;

16. All individuals listed on the initial disclosures submitted by Plaintiff and/or Defendant;

17. All individuals identified or disclosed through the discovery process; and

18. All witnesses necessary for purposes of impeachment or rebuttal.

In the event it is subsequently determined that other or additional witnesses will be called by Defendant, other than for purposes of impeachment or rebuttal, Plaintiff will be so advised. Defendant reserves the right to add to, or otherwise amend, the foregoing list of witness after the completion of discovery or for any other legitimate reason.

## **PRELIMINARY EXHIBIT LIST**

1. All pleadings in this action;

2. All documents referenced, discussed, or mentioned during any deposition in this matter;

3. All documents relating to Plaintiff's employment with Defendant;

4. All documents relating to any allegations by Plaintiff of sexual harassment;

5. The personnel and employment records of each person employed by EPM at the property commonly known as Castleton Manor Apartments during the time Plaintiff was employed by EPM;

6. EPM's handbook in force during Plaintiff's employment;

7. All documents regarding Defendant's employment practices, policies and procedures;

8. All emails and/or electronic media written, created, sent, received about or relating to Plaintiff or his employment with EPM;

9. All documents relating to Plaintiff's employment with EPM;

10. Plaintiff's employment file;

11. All documents, emails, and/or electronic media sent by Plaintiff to any non-party or received by Plaintiff from any non-party about Kristi Alexander ("Alexander") or EPM;

12. All documents relating to Plaintiff's wages and benefits during his employment at EPM;

13. All documents relating to Plaintiff's alleged damages;

14. All documents identified by Plaintiff on his exhibit list;

15. All documents identified by Plaintiff and Defendant on their initial disclosures;

16. All documents sent or given by Plaintiff to Defendant or received by Defendant from Plaintiff during the discovery process;

17. All statements, affidavits, or other documents obtained by Plaintiff or Defendant from non-parties;

18. All documents sent or given by the parties to the EEOC or received by the parties from the EEOC;

19. All exhibits relied on or used at any deposition taken in this action;

20. All documents, memoranda, notes correspondence, email, photographs, and electronic media passing between Plaintiff and Alexander;

21. All documents produced by Defendant in discovery;

22. Any documents relating to Plaintiff's employment or business activities after he quit employment with EPM; and

23. Any exhibit necessary for purposes of impeachment of rebuttal.

In the event it is subsequently determined that other or additional exhibits will be offered by Defendant, other than for purposes of impeachment or rebuttal, Plaintiff will be so advised, Defendant reserves the right to add to, or otherwise amend, the foregoing list of exhibits after the completion of discovery or for any other legitimate reason.

Dated: December 11, 2013

/s/ Christopher D. Oakes
Christopher D. Oakes, #28919-45
Cox, Oakes & Associates, Ltd.
1051 Perimeter Drive, Suite 550
Schaumburg, Illinois 60173
Phone: (847) 240-0022
Fax:    (847) 240-0042
Email: cdoakes@coxattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, a copy of the foregoing Defendant's Preliminary Witness and Exhibits Lists was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**John H. Haskin**
**Bradley L. Wilson**
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street 2nd Floor
Indianapolis, IN 46204
jhaskin@hlllaw.com
bwilson@hlllaw.com

I further certify that I have mailed a copy of the foregoing document via the United States Postal Service to the following non-CM/ECF participants: None.

/s/ Christopher D. Oakes
Christopher D. Oakes, #28919-45
Cox, Oakes & Associates, Ltd.
1051 Perimeter Drive, Suite 550
Schaumburg, Illinois 60173
Phone: (847) 240-0022
Fax:    (847) 240-0042
Email: cdoakes@coxattorneys.com

L:\Data\SHARED\CLIENTS\00 - EPM\9850 - Willows Apartments Ltd. Pshp\9850-80S - Dobbs Federal Court Litigation\Defendant's Preliminary Witness and Exhibit Lists.docx